B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __NéKeita L. Summerville__ (name), certify that service of this summons and a copy of the complaint was made __October 25, 2019__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Island Operating Company, Inc.     Island Operating Company, Inc.
c/o CT Corporation System, Registered Agent     c/o Gregg H. Falgout, President and Treasurer
3867 Plaza Tower Drive     770 S. Post Oak Lane, Suite 400
Baton Rouge, LA 70816     Houston, TX 77056

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __11/01/2019__     Signature __NéKeita L. Summerville__

Print Name: __NéKeita L. Summerville__

Business Address: __2323 Ross Avenue, Suite 1900__
__Dallas, Texas 75201__

B2500A (Form 2500A) (12/15)

FILED
OCT 2 4 2019
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

# United States Bankruptcy Court

## Western District Of Louisiana

| | | |
|---|---|---|
| In re Linder Oil Company, A Partnership, Debtor | ) ) ) | Case No. 17-51323 |
| Lucy G. Sikes, Chapter 7 Trustee and The Cadle Company II, Inc. Plaintiff | ) ) ) ) ) | Chapter 7 |
| v. | ) ) ) | Adv. Proc. No. 19-05093 |
| Island Operating Company, Inc. Defendant | ) ) ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: Clerk of Court, United States Bankruptcy Court
John M. Shaw United States Courthouse
800 Lafayette Street, Suite 1200
Lafayette, Louisiana 70501

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Paul Douglas Stewart, Jr.
Stewart, Robbins & Brown, LLC and
301 Main Street, Suite 1640
Baton Rouge, Louisiana 70801

Russell W. Mills
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_Edward Takara_ (Clerk of the Bankruptcy Court)

Date: 10.24.19        By: _K Carpenter_ (Deputy Clerk)



RUSSELL W. MILLS
TEL: 214.740.1431
FAX: 214.740.5731
RMILLS@BELLNUNNALLY.COM

October 25, 2019

**VIA FIRST CLASS REGULAR MAIL**

Island Operating Company, Inc.
c/o C T Corporation System, Registered Agent
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**VIA FIRST CLASS REGULAR MAIL**

Island Operating Company, Inc.
c/o Gregg H. Falgout, Treasurer and President
770 S. Post Oak Lane, Suite 400
Houston, Texas 77056

Re: *Lucy G. Sikes, Chapter 7 Trustee and The Cadle Company, II, Inc. v. Island Operating Company, Inc.;* Adversary Proceeding No. 19-05093 in the United States Bankruptcy Court for the Western District of Louisiana (Lafayette Division).

Dear Mr. Falgout:

Island Operating Company, Inc. has been sued in the above-referenced adversary proceeding. Enclosed please find the following documents served upon you:

1. **Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, 594, and 550, to Disallow Claims Pursuant to 11 U.S.C. § 502, and for Conversion; and**
2. **Summons In An Adversary Proceeding.**

Your prompt attention to this matter is required.

Sincerely,

Russell W. Mills

RWM/nls
Enclosures

cc: The Cadle Company II, Inc.

2323 ROSS AVENUE · SUITE 1900 · DALLAS, TEXAS 75201 | 214.740.1400 | WWW.BELLNUNNALLY.COM

10/25/2019 $001.45
US POSTAGE
ZIP 75201
041M1 1275535



**BELLNUNNALLY**
ATTORNEYS & COUNSELORS

2323 ROSS AVE · SUITE 1900
DALLAS, TEXAS 75201

Island Operating Company, Inc.
c/o C T Corporation System, Registered Agent
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

06008.0062

ST CLASS MAIL



BELL NUNNALLY
ATTORNEYS & COUNSELORS

2323 ROSS AVE · SUITE 1900
DALLAS, TEXAS 75201

Island Operating Company, Inc.
c/o Gregg H. Falgout, Treasurer and President
770 S. Post Oak Lane, Suite 400
Houston, Texas 77056

00008.01062

FIRST CLASS MAIL

US POSTAGE $001.45
ZIP 75201
041M11275535